George BIRCHFIELD, Claimant–
Respondent,

v.

Michael Lynn AUSTIN, d/b/a Watermelon
Produce, Employer–Appellant,

and

Treasurer of Missouri as Custodian
Second Injury Fund,
Respondent.

No. 69603.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 17, 1996.

Summers, Walsh, Pritchett and Blaich, P.C., Gerald L. Meyr, Poplar Bluff, for appellant.

James E. Heckel, St. Louis, for George Birchfield.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Woodie J. Curtis, Jr., Asst. Atty. Gen., St. Louis, for Missouri State Treasurer as Custodian of Second Injury Fund.

Before PUDLOWSKI, P.J., and SIMON and HOFF, JJ.

## ORDER

PER CURIAM.

Employer appeals from a decision by the Labor and Industrial Relations Commission finding he was subject to the Workers' Compensation Law and awarding attorney fees to claimant.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).